UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

CARLTON KNOWLES, ON BEHALF OF HIMSELF AND ALL OTHER PERSONS SIMILARLY SITUATED,

           Plaintiffs,

           v.

ILLINOIS WESLEYAN UNIVERSITY, INCORPORATED,

           Defendant.

------------------------------------- x

No.: 1:24-cv-1462

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff(s), CARLTON KNOWLES, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, ILLINOIS WESLEYAN UNIVERSITY, INCORPORATED, with prejudice and without fees and costs.

Dated: New York, New York
       May 16, 2024

**GOTTLIEB & ASSOCIATES PLLC**

/s/Michael A. LaBollita, Esq.

Michael A. LaBollita, Esq., (ML-9985)
150 East 18th Street, Suite PHR
New York, NY 10003
Phone: (212) 228-9795
Fax: (212) 982-6284
Michael@Gottlieb.legal

*Attorneys for Plaintiffs*

SO ORDERED:

_____
United States District Court Judge